**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 08-00267-CJC(MLGx)                              Date: June 11, 2008

Title: QUIKTRAK, INC. v. ALLIANCE FUNDING GROUP

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIM**

Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* FED. R. CIV. P. 78; LOCAL RULE 7-15. Accordingly, the hearing set for June 16, 2008 at 1:30 p.m. is hereby vacated and off calendar.

Quiktrak, Inc.'s ("Quiktrak") motion to dismiss, or in the alternative, a motion for a more definite statement, is DENIED. The motion raises several factual issues that must be resolved on an evidentiary record, and not on the pleadings alone. The Amended Counter-Claim of Alliance Funding Group is also not so vague or ambiguous that Quiktrak cannot reasonably prepare a response. Quiktrak should utilize discovery to learn the specifics of the claims asserted against it if it has any questions in that regard.

rls

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk NB