1  Andrew K. Alper (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
3  Seventeenth Floor
   Los Angeles, California 90048-4920
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for Plaintiff and Counter-
6  Defendant QUIKTRAK, INC.



7

8             UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11 | QUIKTRAK, INC., an Oregon          | CASE NO. SACV 08-267 CJC (MLGx)
   | corporation,                       |
12 |                                    |
   |           Plaintiff,               | **ORDER DISMISSING COMPLAINT
13 |                                    | AND COUNTER-CLAIM BY
   | v.                                 | QUIKTRAK, INC. AND ALLIANCE
14 |                                    | FUNDING GROUP, INC.**
   | ALLIANCE FUNDING GROUP, a          |
15 | California corporation,            |
   |                                    |
16 |           Defendant.               |
   |_____|
17
   
18 | ALLIANCE FUNDING GROUP, INC.,
   | a California corporation,
19 |
   |           Counter-Claimant,
20 |
   | v.
21 |
   | QUIKTRAK, INC., an Oregon
22 | corporation,
   |
23 |           Counter-Defendant.

24

25     The Court having considered the Stipulation by the Parties to Dismissal of

26 Complaint and Counter-Claim by Quiktrak, Inc. and Alliance Funding Group, Inc.

27 and good cause appearing,

28

1  **IT IS ORDERED, ADJUDGED AND DECREED** that the Complaint filed
2  by Quiktrak, Inc. and the Counter-Claim filed by Alliance Funding Group are
3  hereby dismissed.

4
5  Dated: September 9, 2008

   _____
   HON. CORMAC J. CARNEY
   United States District Court Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

534552.1                         2                    100339-001
ORDER OF DISMISSAL OF COMPLAINT AND COUNTER-CLAIM